

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN ARAUJO,<br><br>Defendant. | Case No. 8:19-CR-00187-SVW-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 16, 2019, Defendant Ivan Araujo ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 8:19-CR-00187-SVW-1. The Court appointed Deputy Federal Public Defender Bina Ahmad to represent Defendant.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Unverified background because Defendant refused to be interviewed by Pretrial Services;
- Bail resources unknown;
- Background unknown;
- Multiple identifiers;
- Pending federal charges; and
- Prior deportations.
- Current warrant.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Unverified background because Defendant refused to be interviewed by Pretrial Services;
- Nature of instant allegations;
- Prior criminal history;
- Multiple identifiers;
- Gang affiliation; and
- Pending federal charges.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: December 16, 2019

                                                          /s/
                                     MARIA A. AUDERO
                                UNITED STATES MAGISTRATE JUDGE